# Court of Appeals
# of the State of Georgia

ATLANTA, __June 26, 2018_____

*The Court of Appeals hereby passes the following order:*

**A18I0239. JOSEPH MARVIN PINCKNEY v. THE STATE.**

Joseph Marvin Pinckney, who has been charged with burglary, theft by taking, and theft by receiving stolen property, filed a plea in bar arguing that the indictment was barred by the statute of limitations. The trial court denied Pinckney's motion on March 7, 2018, and certified its order for immediate review on March 14, 2018. Pinckney then filed this application for interlocutory appeal on June 12, 2018. We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. OCGA § 5-6-34 (b) also requires that the applicant file the application for interlocutory appeal within ten days after entry of the certificate of immediate review. Here, however, Pinckney filed his application 90 days after the trial court issued its certificate of immediate review. Accordingly, Pinckney's application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/26/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*